IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LYNN C. LAURIE,** | **3:14-CV-01937-YY** |
|       **Plaintiff,** | **ORDER** |
| **v.** | |
| **UNITED OF OMAHA LIFE INSURANCE COMPANY,** | |
|       **Defendant.** | |

**BROWN, Judge.**

    Magistrate Judge Youlee Yim You issued Findings and Recommendation (#60) on January 23, 2017, in which she recommends the Court grant Plaintiff's Motion (#34) for Summary Judgment and deny Defendant's Cross-Motion (#36) for Summary Judgment. Defendant filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Defendant's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge You's Findings and Recommendation (#60) and, therefore, **GRANTS** Plaintiff's Motion (#34) for Summary Judgment and **DENIES** Defendant's Cross-Motion (#36) for Summary Judgment.

IT IS SO ORDERED.

DATED this 13th day of March, 2017.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

2 - ORDER